UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS,
INC., a Delaware corporation; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; ARISTA RECORDS LLC, a
Delaware limited liability company; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; and BMG MUSIC, a New York
general partnership,

     Plaintiffs,

   -against-

PATRICK HEALY,

     Defendant.

----------------------------------------------------------

Civil Action No.: **CV 06 5876**

TRAGER, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2006 ★

BROOKLYN OFFICE

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

   Plaintiffs, by their attorneys Robinson & Cole LLP, for their complaint against

Defendant, allege:

### JURISDICTION AND VENUE

   1. This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

   2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

   3. This Court has personal jurisdiction over the Defendant, and venue in this District

is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in

this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

7.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

10.      Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

11.      Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

12.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings").  The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.  In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

13.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

14.     Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others.  In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

15.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in

shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: October 31, 2006
       New York, New York

By: _____

Brian E. Moran (BM-8573)
Richard J. Guida (RG-5147)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999

# EXHIBIT A

## PATRICK HEALY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Heaven Can Wait | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Christina Aguilera | I Turn To You | Christina Aguilera | 274-004 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |

```
                   healy, patrick-userlog(compressed)-95675033.txt
Log for User at address 68.173.197.37:6346 generated on 10/12/2005 9:31:19 AM EDT
(-0400 GMT)
Total Files: 426
-------------------------------
Total Audio Files: 423
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
-------------------------------
Total Matched Files: 37
Total Distinct Matches: 32


FileName: 2 pac - Tupac - I Ain't Mad At Cha.mp3 (4,712,448 bytes)
FileName: 2 Pac - Tupac - Dear Mama.mp3 (4,477,980 bytes)
FileName: 2 Pac - Tupac Shakur - Untill The End Of Time.mp3 (6,395,751 bytes)
FileName: 2 pac and bone thugs n harmony - body rot.mp3 (4,882,712 bytes)
FileName: 2 Pac and Bone Thugs N Harmony - I Got Five On It .mp3 (3,384,267 bytes)
FileName: 2pac - tupac makavelli bomb first.mp3 (4,751,471 bytes)
FileName: 50 Cent Piggy Bank.mp3 (6,674,790 bytes)
FileName: 50 Cent - 21 Questions.mp3 (5,412,056 bytes)
FileName: 50 Cent - High all the time.mp3 (6,465,747 bytes)
FileName: 50 Cent - I'm Supposed To Die Tonight.mp3 (5,501,537 bytes)
FileName: 50 Cent - Many Men .mp3 (6,150,397 bytes)
FileName: 50 Cent ft R Kelly & The Game - Just A Lil Bit (Remix).mp3 (5,877,550
bytes)
FileName: 50 Cent ft. Eminem - Patiently Waiting .mp3 (6,934,528 bytes)
FileName: 50 Cents- Wangsta.mp3 (3,334,144 bytes)
FileName: 98 Degrees - My Everything.mp3 (3,698,392 bytes)
FileName: 98 Degrees - The Hardest Thing.mp3 (4,394,550 bytes)
FileName: A Cinderella Story - Soundtrack - Sympathy - Goo Goo Dolls.mp3 (2,695,087
bytes)
FileName: AC DC - Back In Black.mp3 (4,070,085 bytes)
FileName: ACDC - Highway To Hell.mp3 (3,330,843 bytes)
FileName: ACDC - You Shook Me All Night Long.mp3 (3,366,243 bytes)
FileName: Aerosmith - Crazy.mp3 (5,023,836 bytes)
FileName: Aerosmith - Dream On.mp3 (4,282,409 bytes)
FileName: Aerosmith - I Don't Wanna Miss A Thing.mp3 (4,743,044 bytes)
FileName: Aerosmith - Janies Got A Gun.mp3 (5,289,273 bytes)
FileName: Aerosmith - Sweet Emotions.mp3 (4,944,294 bytes)
FileName: Aerosmith and Run DMC - Walk This Way.mp3 (4,967,026 bytes)
FileName: Akon - Ghetto (Remix) (ft. G Unit).mp3 (4,740,888 bytes)
FileName: Akon - Mr. Lonley.mp3 (2,859,696 bytes)
FileName: Akon ft. 2pac & Biggie - Ghetto (dj noodles remix).mp3 (6,452,341 bytes)
FileName: Alanis Morisette - Head Over Feet.mp3 (4,280,030 bytes)
FileName: Alanis Morrisette - Ironic.mp3 (3,674,568 bytes)
FileName: Alice Cooper - Schools Out For Summer.mp3 (3,435,334 bytes)
FileName: American Hi-Fi - Flavor Of The Week.mp3 (3,069,492 bytes)
FileName: Avirl Lavigne - My Happy Ending.mp3 (5,819,999 bytes)
FileName: Babyface - Nobody Knows It But Me.mp3 (4,276,224 bytes)
FileName: Backstreet Boys - I Will Love You More Than That.mp3 (3,628,638 bytes)
FileName: Backstreet Boys - Incomplete.mp3 (5,618,592 bytes)
FileName: Backstreet Boys - Quit Playing Games With My Heart.mp3 (3,751,006 bytes)
FileName: Backstreet Boys - Show Me The Meaning Of Being Lonely.mp3 (3,778,560
bytes)
FileName: Backstreet Boys - The Shape of My Heart.mp3 (3,580,982 bytes)
FileName: Bad Company - The Boys Are Back In Town.mp3 (4,292,960 bytes)
FileName: Bare Naked Ladies - Old Apartment.MP3 (3,360,906 bytes)
FileName: Bare Naked Ladies - Pinch Me.mp3 (4,472,999 bytes)
FileName: Barry White - Can't Get Enough Of Your Love Babe.mp3 (4,698,522 bytes)
FileName: Beach Boys - California Girls.mp3 (2,488,484 bytes)
FileName: Beach Boys - Surfin' USA.mp3 (2,379,987 bytes)
FileName: Beach Boys - Wouldn't It Be Nice.mp3 (2,279,549 bytes)
                                    Page 1
```

healy, patrick-userlog(compressed)-95675033.txt
FileName: Beanie Man -- Everyone Falls In Love Sometime.mp3 (3,248,128 bytes)
FileName: Beanie Segal feat. Camron - Wanted dead or alive.mp3 (4,465,021 bytes)
FileName: Beatles - John Lennon - Imagine.mp3 (3,699,702 bytes)
FileName: Beautiful Soul- Jessie McCartney.mp3 (3,784,619 bytes)
FileName: Bette Middler - You're My Hero.mp3 (4,701,204 bytes)
FileName: Big L - '98 Freestyle.mp3 (2,079,892 bytes)
FileName: Biggie Smalls - Juicy.mp3 (4,843,311 bytes)
FileName: Biggie Smalls - Suicidal Thoughts.mp3 (3,427,436 bytes)
FileName: Biggie Smalls- Dreams (Unreleased).mp3 (4,468,736 bytes)
FileName: Biggie Smalls_Eminem - Dead Wrong.mp3 (3,568,350 bytes)
FileName: Billy Joel - Captain Jack.mp3 (6,950,973 bytes)
FileName: Billy Joel - Its Still Rock And Roll To Me.mp3 (2,831,526 bytes)
FileName: Billy Joel - Only The Good Die Young.mp3 (3,772,499 bytes)
FileName: Billy Joel - Piano Man.mp3 (5,374,013 bytes)
FileName: Billy Joel - The Stranger.mp3 (4,933,467 bytes)
FileName: Billy Joel - We Didn't Start the Fire.mp3 (4,653,267 bytes)
FileName: Blessed Union of Souls - I Believe.mp3 (4,290,061 bytes)
FileName: Blessed Union of Souls - I Wanna Be There.mp3 (4,286,299 bytes)
FileName: Blessed Union of Souls - Let Me Be The One.mp3 (4,452,480 bytes)
FileName: Blink 182 - 03 - I Miss You.mp3 (5,457,629 bytes)
FileName: Blink 182 - Adams Song.mp3 (4,999,503 bytes)
FileName: Blink 182 - All the Small Things.mp3 (4,032,336 bytes)
FileName: Blink 182 - Damnit.mp3 (2,637,488 bytes)
FileName: Blink 182 - Feeling This.mp3 (4,169,728 bytes)
FileName: Blink 182 - The Party Song.mp3 (2,231,988 bytes)
FileName: Blink 182 - Whats My Age Again.mp3 (2,345,714 bytes)
FileName: Blink 182 - You Fucked Up My Life.mp3 (3,084,405 bytes)
FileName: Blink 182- So Sorry, It's Over.mp3 (2,710,756 bytes)
FileName: Blues Travelers - Run Around.mp3 (4,479,523 bytes)
FileName: Bob Marley - No Woman No Cry.mp3 (6,844,126 bytes)
FileName: Bone Crusher Feat. Busta Rhymes, Jadakiss, & Cam'Ron - I Ain't Nevah
Scared (Remix).mp3 (8,309,679 bytes)
FileName: Bone Thugs and Harmony - East 1999.mp3 (4,188,624 bytes)
FileName: Bone Thugs n Harmony ft biggie - Notorious Thugz.mp3 (5,874,834 bytes)
FileName: Boston - More Than A Feeling.mp3 (4,589,570 bytes)
FileName: bowling for soup - 03 - girl all the bad guys want.mp3 (3,432,409 bytes)
FileName: Bowling For Soup - 1985.mp3 (2,728,064 bytes)
FileName: Bowling For Soup - Almost.mp3 (4,950,016 bytes)
FileName: Bowling For Soup - Kool-Aid.mp3 (3,056,911 bytes)
FileName: Brain Adams - Heaven.mp3 (3,258,276 bytes)
FileName: Brand New - Jude Law And A Semester Abroad.mp3 (3,557,376 bytes)
FileName: Brand New - Seventy Times 7.mp3 (3,436,544 bytes)
FileName: Brand New - The Quiet Things That No One Ever Knows.mp3 (5,943,296 bytes)
FileName: Brian Adams - Summer Of 69.mp3 (3,432,714 bytes)
FileName: Brian Adams - Everything I Do I Do It For You.mp3 (6,299,732 bytes)
FileName: Brian Adams - I'll be right here waiting for you.mp3 (4,230,548 bytes)
FileName: Brian Mcknight - One Last Cry.mp3 (4,664,970 bytes)
FileName: Bruce Springsteen - Secret Garden.mp3 (3,738,014 bytes)
FileName: Bruce Springstein - Born in the USA.mp3 (4,499,168 bytes)
FileName: Bruce Springstein - Born To Run.mp3 (4,289,312 bytes)
FileName: Bruce Springstein - Dancing in the Dark.mp3 (3,887,020 bytes)
FileName: Bruce Springstein - Glory Days.mp3 (4,131,944 bytes)
FileName: Bruce Springstein - Small town.mp3 (3,578,372 bytes)
FileName: Bruce Springstein - The River.mp3 (4,812,928 bytes)
FileName: Bruce Springstein - Thunder Road.mp3 (4,609,381 bytes)
FileName: Bryan Adams - Please Forgive Me.mp3 (5,685,498 bytes)
FileName: Bryan Adams, Rod Stewart, Sting - All for One, All for Love.mp3 (4,562,313
bytes)
FileName: Cam'Ron - Ambitionz as a Killa.mp3 (4,621,549 bytes)
FileName: Cam'ron - Down And Out.mp3 (6,666,240 bytes)
FileName: Camron - Get Em Girls.mp3 (4,290,560 bytes)
FileName: Camron - Girls Just Wanna Have Fun.mp3 (5,362,956 bytes)
FileName: Camron ft. Jay Z - Welcome to NYC.mp3 (7,431,233 bytes)

healy, patrick-userlog(compressed)-95675033.txt
FileName: Carlos Santana & Rob Thomas - Smooth.mp3 (5,957,192 bytes)
FileName: Carlos Santana - Maria, Maria.mp3 (5,248,040 bytes)
FileName: Cat Stevens - Peace Train.mp3 (4,054,750 bytes)
FileName: Cat Stevens - Wild World.mp3 (3,209,285 bytes)
FileName: Celine Dion - My Heart Will Go On (Titanic Soundtrack).mp3 (4,972,588 bytes)
FileName: Celione Dion - Because You Loved Me.mp3 (4,417,827 bytes)
FileName: Christina Aguilera - Genie In A Bottle.mp3 (5,245,007 bytes)
FileName: Christina Aguilera - I Turn To You.mp3 (4,394,550 bytes)
FileName: Christmas - Rob Thomas - A New York Christmas.mp3 (5,633,632 bytes)
FileName: Ciarra ft. Ludacris - Oh.mp3 (4,907,987 bytes)
FileName: Coolio - Gangsters Paradise.mp3 (3,864,287 bytes)
FileName: Counting Crows - Accidently In Love.mp3 (5,213,655 bytes)
FileName: Cyndie Lauper - Time After Time.mp3 (3,896,924 bytes)
FileName: Cypress Hill - How I Could Just Kill A Man.mp3 (4,096,220 bytes)
FileName: Cypress Hill - I Wanna Get High.mp3 (2,793,767 bytes)
FileName: Cypress Hill - Rap Superstar.mp3 (4,018,176 bytes)
FileName: Cypress Hill - Rock Superstar.mp3 (6,290,526 bytes)
FileName: D-Block - Mighty Mighty D-Block.mp3 (6,288,395 bytes)
FileName: David Bowie & Queen - Under Pressure.mp3 (3,873,114 bytes)
FileName: DHT - Listen To Your Heart (Slow).mp3 (4,332,949 bytes)
FileName: Dipset - JR Writer - yall aint ready.mp3 (5,527,840 bytes)
FileName: Dispatch - Elias.mp3 (6,348,855 bytes)
FileName: Dispatch - The General.mp3 (3,949,006 bytes)
FileName: Don Henley - Boys of Summer.mp3 (4,531,513 bytes)
FileName: Dr. Dre & Snoop Dogg - The Next Episode.mp3 (3,870,768 bytes)
FileName: Dr. Dre - Still D.R.E.mp3 (6,488,618 bytes)
FileName: Dropkick Murphys - Amazing Grace.mp3 (2,540,392 bytes)
FileName: Eagle Eye Cherry - Save Tonight.mp3 (3,820,912 bytes)
FileName: Eamon - Fuck It ( Dont Want You Back).mp3 (6,506,496 bytes)
FileName: Earth, Wind, and Fire - Fantasy.mp3 (4,505,310 bytes)
FileName: EasyE ft. The Game - Still Crushing.mp3 (4,870,977 bytes)
FileName: Eiffel 65 - I'm Blue (da ba dee).mp3 (4,571,765 bytes)
FileName: Elton John - Bennie and the Jets.mp3 (5,164,648 bytes)
FileName: Elton John - Rocket Man.mp3 (4,512,287 bytes)
FileName: Elton John - Your Song.mp3 (3,878,243 bytes)
FileName: Elton Jonh - Candle In The Wind.mp3 (3,725,156 bytes)
FileName: Elvis Presley - Heartbreak Hotel.mp3 (3,189,992 bytes)
FileName: Elvis Presley - I Can't Help Falling In Love With You.mp3 (2,583,771 bytes)
FileName: Eminem & D12 - My Band.mp3 (6,292,313 bytes)
FileName: Eminem - Ass Like That.mp3 (5,898,240 bytes)
FileName: Eminem - Encore - 05 - Like Toy Soldiers.mp3 (3,563,961 bytes)
FileName: eminem - encore - puke (produced by eminem).mp3 (5,359,616 bytes)
FileName: Eminem - Mockingbird.mp3 (5,408,768 bytes)
FileName: Eminem - My Name Is.mp3 (4,966,436 bytes)
FileName: Eminem - Superman.mp3 (8,408,630 bytes)
FileName: Eminem feat. Dr. Dre & 50 Cent - Encore.mp3 (7,468,961 bytes)
FileName: Eric Clapton-Lady In Red.mp3 (3,980,225 bytes)
FileName: Fall Out Boy - Chicago Is So Two Years Ago 2.mp3 (4,800,857 bytes)
FileName: Fall Out Boy - Sugar We're Going Down.mp3 (6,245,541 bytes)
FileName: Fantasia Barrino - Truth Is.mp3 (4,324,668 bytes)
FileName: Five for Fighting - 100 Years.mp3 (6,027,824 bytes)
FileName: Frankie J- Obsession.mp3 (9,303,172 bytes)
FileName: Game Feat. 50 Cent - Westside Story.mp3 (7,477,248 bytes)
FileName: Game Ft 50 Cent - This Is How We Do.mp3 (4,857,420 bytes)
FileName: Gaven DeGraw - I Don't Wanna Be.mp3 (4,423,599 bytes)
FileName: Gavin McGraw - Chariot.mp3 (3,901,787 bytes)
FileName: Ghetto Boys - Damn it Feels Good To Be a Gangsta (Office Space Soundtrack).mp3 (4,949,472 bytes)
FileName: Goo Goo Dolls - Give A Little Bit(68).mp3 (5,496,303 bytes)
FileName: Goo Goo Dolls - Here Is Gone.mp3 (3,831,808 bytes)
FileName: Goo Goo Dolls - Sympathy.mp3 (2,695,087 bytes)

healy, patrick-userlog(compressed)-95675033.txt
FileName: Good Charlote - Hold On.MP3 (1,713,456 bytes)
FileName: GooGoo Dolls - City Of Angels.mp3 (3,633,152 bytes)
FileName: Green Day-Closing Time.mp3 (4,362,240 bytes)
FileName: Greenday - Boulevard of Broken Dreams.mp3 (3,124,716 bytes)
FileName: Greenday - Minority.mp3 (2,709,211 bytes)
FileName: Greenday - Time of Your Life.mp3 (2,467,479 bytes)
FileName: Greenday - When I Come Around.mp3 (3,598,336 bytes)
FileName: Grind Soundtrack - Nothing But A Good Time.mp3 (3,555,671 bytes)
FileName: Grind Soundtrack - Sublime - Smoke two joints.mp3 (2,540,483 bytes)
FileName: Guns and Roses - Welcome to the Jungle.mp3 (4,378,250 bytes)
FileName: Guns N Roses - Sympathy for the Devil.mp3 (5,476,480 bytes)
FileName: Guns N' Roses - Knocking On Heavens Door.mp3 (5,377,462 bytes)
FileName: Guns N' Roses - Paradise City.mp3 (6,474,605 bytes)
FileName: Gwen Stefani - Holla Back Girl.mp3 (4,803,440 bytes)
FileName: Hawthorne Heights .. Ohio Is For Lovers.mp3 (3,917,070 bytes)
FileName: Howie Day - You and I Collide.mp3 (3,988,671 bytes)
FileName: J. Giles Band - My Angel is a Centerfold.mp3 (3,506,319 bytes)
FileName: Ja Rule & Mya - Between Me And You.mp3 (2,943,072 bytes)
FileName: Ja Rule f. Lil' Mo & Vita - Put It On Me Remix.mp3 (4,610,048 bytes)
FileName: Ja Rule feat Ashanti - Always On Time.mp3 (5,931,179 bytes)
FileName: Ja Rule feat. Ashanti, R Kelly - Wonderful.mp3 (5,690,650 bytes)
FileName: Ja Rule ft. Ashanti - Mesmerized.mp3 (6,690,191 bytes)
FileName: Jada Kiss - Why(1).mp3 (5,845,590 bytes)
FileName: Jadakiss - I'm An Animal (50 Cent Diss) .mp3 (3,702,073 bytes)
FileName: Jadakiss ft. Styles P, Common, Nas - Why Remix.mp3 (4,856,697 bytes)
FileName: Jadakiss- We Gonna Make IT .mp3 (5,224,408 bytes)
FileName: Janice Joplin - Another Little piece of my Heart.mp3 (4,062,914 bytes)
FileName: Jay-Z & Eminem - Renegade.mp3 (5,406,848 bytes)
FileName: Jay-Z ft Beyonce -Bonnie and Clyde 03.mp3 (4,929,224 bytes)
FileName: Jay-Z ft. Faith Evans & BIG - It Was all a Dream.mp3 (4,033,690 bytes)
FileName: JayZ & Linkin Park_Numb Encore.mp3 (8,134,617 bytes)
FileName: JayZ- Bounce with Me.mp3 (4,989,271 bytes)
FileName: Jesse McCartney - Shes No You.mp3 (3,448,249 bytes)
FileName: Jessica Simpson - With You.mp3 (4,675,584 bytes)
FileName: Jessica Simpson- Angels.mp3 (3,973,183 bytes)
FileName: Jessica Simpson- Take my breath away.mp3 (4,702,382 bytes)
FileName: Jewel - Foolish Games.mp3 (3,841,115 bytes)
FileName: Jewel - Hands.mp3 (3,752,294 bytes)
FileName: Jewel - Time After Time.mp3 (3,270,792 bytes)
FileName: Jewel - You Were Meant for Me.mp3 (3,143,808 bytes)
FileName: Jimmi Hendrix - Purple Haze.mp3 (2,478,583 bytes)
FileName: JLo Ft. Fat Joe- Hold You Down.mp3 (6,483,456 bytes)
FileName: John Cougar Mellencamp - Jack and Diane.mp3 (4,320,990 bytes)
FileName: John Lennon - Woman.mp3 (3,328,128 bytes)
FileName: Johnny Rebel- The KKK Song .mp3 (2,872,858 bytes)
FileName: Jon Bon Jovi - Living on a Prayer.mp3 (4,000,705 bytes)
FileName: Jon Bon Jovi - Shot throught the heart.mp3 (4,487,303 bytes)
FileName: josh todd - 10 straight jacket.mp3 (6,647,600 bytes)
FileName: Josh Todd- Shine.mp3 (3,621,672 bytes)
FileName: Journey - Dont Stop Believing.mp3 (4,006,138 bytes)
FileName: Journey - Keep on Loving You.mp3 (2,803,712 bytes)
FileName: Joy Enriquez - Do You Miss Me.mp3 (3,070,299 bytes)
FileName: Kelly Clarkson - Behind These Hazel Eyes.mp3 (5,906,576 bytes)
FileName: Kelly Clarkson - Break Away.mp3 (3,793,105 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone.mp3 (4,010,033 bytes)
FileName: Led Zeplin - Over the Hills and Far Away.mp3 (4,674,132 bytes)
FileName: Led Zeplin - Stair Way To Heaven.mp3 (6,764,013 bytes)
FileName: Led Zeplin- Magic Carpet Ride.mp3 (4,280,448 bytes)
FileName: lfo - girl on tv.mp3 (5,971,260 bytes)
FileName: LFO - Summer Girls.mp3 (4,145,021 bytes)
FileName: Life House - You And Me.mp3 (4,537,862 bytes)
FileName: Lil Bow Wow Ft. Omarion - Let me Hold You.mp3 (5,383,985 bytes)
FileName: Lil Scrapy ft. Lil John - No Problems.mp3 (3,431,829 bytes)

healy, patrick-userlog(compressed)-95675033.txt
FileName: lil' jon, trick daddy, twista - crazy train (remix).mp3 (5,464,694 bytes)
FileName: Lindsey Lohan - Over.mp3 (6,743,402 bytes)
FileName: Linkin Park - In The End.mp3 (3,463,168 bytes)
FileName: Linkin Park - Numb.mp3 (4,499,832 bytes)
FileName: Liz Phaire -Why Can't I.mp3 (4,963,691 bytes)
FileName: Louis Armstrong - What A Wonderful World.mp3 (2,267,990 bytes)
FileName: Ludacris - Growing Pains.mp3 (4,628,190 bytes)
FileName: Luniz - I Got 5 On It.mp3 (3,471,012 bytes)
FileName: Mandy Moore - Cry (A Walk To Remember soundtrack).mp3 (3,575,350 bytes)
FileName: Mariah Carey & Bone Thugs 'n Harmony - Breakdown .mp3 (4,544,464 bytes)
FileName: Mariah Carey - Always Be My Baby.mp3 (4,126,382 bytes)
FileName: Mariah Carey - Dreamlover.mp3 (3,748,128 bytes)
FileName: Mariah Carey - Hero.mp3 (4,144,945 bytes)
FileName: Mariah Carey - Shake It Off.mp3 (5,727,787 bytes)
FileName: Mariah Carey - Thank God I Found You.mp3 (4,124,549 bytes)
FileName: Mariah Carey feat. Jay-Z - Heartbreaker.mp3 (4,066,864 bytes)
FileName: Mariah Carey- We Belong Together (REMIX) Feat. Jadakiss & Styles P.mp3
(6,115,161 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,018,366 bytes)
FileName: Mario - Let Me Love You.mp3 (5,919,056 bytes)
FileName: Maroon 5 - Sunday Mornings.mp3 (4,022,272 bytes)
FileName: Maroon 5-She Will Be Loved.mp3 (6,189,056 bytes)
FileName: Martin Luther King Jr. - I Have A Dream (Full speech).mp3 (7,797,992
bytes)
FileName: Martin Sexton - Hallelujah.mp3 (2,739,000 bytes)
FileName: Match Box Twenty- I Want Something Else.mp3 (4,276,352 bytes)
FileName: Matchbox 20 - Breakfast at Tiffanys.mp3 (3,520,586 bytes)
FileName: Matchbox 20 - Mad Season.mp3 (7,251,301 bytes)
FileName: Matchbox 20 - Rainmaker.mp3 (3,703,664 bytes)
FileName: MC Eight- Straight Up Menace.mp3 (3,474,544 bytes)
FileName: MC Vikram & Ludakrishna - Welcome to India.mp3 (3,254,196 bytes)
FileName: meat loaf) - Heaven Can Wait (Meatloaf).mp3 (5,654,531 bytes)
FileName: Meat Loaf - Two Of Out Three Aint Bad.mp3 (5,202,048 bytes)
FileName: Meatloaf & Bonnie - Total Eclipse of The Heart.mp3 (4,309,772 bytes)
FileName: Meatloaf - I Would Do Anything For Love.mp3 (5,019,798 bytes)
FileName: Meatloaf - Paradise By The Dashboard Light.mp3 (8,143,226 bytes)
FileName: Meatloaf - You Took the Words Right Out of My Mouth.mp3 (9,759,384 bytes)
FileName: Michael Jackson - Beat It.mp3 (4,144,901 bytes)
FileName: Michael Jackson - Thriller.mp3 (5,722,825 bytes)
FileName: Micheal Jackson - Billy Jean.mp3 (4,682,162 bytes)
FileName: Mike Jones & Paul Wall - Still Tippin.mp3 (6,404,057 bytes)
FileName: Mike Jones - 02 - Who Is Mike Jones - Back Then.mp3 (6,116,919 bytes)
FileName: Mobb Deep - Hell On Earth.mp3 (4,388,699 bytes)
FileName: Mobb Deep - Shook Ones.mp3 (4,274,163 bytes)
FileName: Mobb Deep Feat. Lil' Jon-Real Gangstas.mp3 (5,568,075 bytes)
FileName: Monica - Angel of Mine.mp3 (4,003,759 bytes)
FileName: N'Sync - I Drive Myself Crazy.mp3 (3,836,284 bytes)
FileName: Nas - Ether (Fuck Jay Z).mp3 (3,330,048 bytes)
FileName: Nas with Lauryn Hill (of the Fugees) - If I Ruled The World (1).mp3
(3,948,983 bytes)
FileName: Natalie - Going Crazy.mp3 (7,010,312 bytes)
FileName: Natasha Bedingfield - These Words.mp3 (3,459,622 bytes)
FileName: Neil Diamond - Sweet Caroline.mp3 (3,408,342 bytes)
FileName: New Found Glory - All Downhill From Here.mp3 (4,573,274 bytes)
FileName: New Found Glory - I Don't Wanna Know.mp3 (4,839,809 bytes)
FileName: Nick Lachey - This I Swear.mp3 (6,574,336 bytes)
FileName: No Doubt - Hella Good.mp3 (5,823,187 bytes)
FileName: Notorious B.I.G.Junior Mafia - Get Money (remix f Biggie Smalls).mp3
(4,375,678 bytes)
FileName: Notorious BIG and Eminem- Dead Wrong (remix).mp3 (7,129,016 bytes)
FileName: Notorius BIG f- Puff Daddy and Mase - Mo Money More Problems.MP3
(4,119,114 bytes)
FileName: NSync - God Must Have Spent A Little More Time On You.mp3 (4,504,851

healy, patrick-userlog(compressed)-95675033.txt
bytes)
FileName: NSync - This I Promise You.mp3 (3,417,571 bytes)
FileName: NWA - Straight Outta Compton (feat. Dr. Dre, Ice Cube, DJ Yella, MC Ren, ,
the Arabian Prince, the D.O.C., & Eazy-E).mp3 (4,281,701 bytes)
FileName: O-Town - All Or Nothing (1).mp3 (4,503,220 bytes)
FileName: Ozzy Osborne - Crazy Train.mp3 (4,765,696 bytes)
FileName: Ozzy Osborne - Ironman.mp3 (5,210,697 bytes)
FileName: Ozzy Osborne - Mama I'm Comming Home.mp3 (4,034,558 bytes)
FileName: P Diddy f. Usher - I Need a Girl.mp3 (4,362,240 bytes)
FileName: P Diddy feat Ginuwine - I Need a Girl Part 2.mp3 (6,859,737 bytes)
FileName: PapaRoach -Scars.mp3 (5,507,165 bytes)
FileName: Pat Benetar-Love Is A Battlefield.mp3 (3,978,263 bytes)
FileName: Paul Mcartney - Maybe I'm Amazed.mp3 (4,704,749 bytes)
FileName: Paul Mccartney - Live and Let Die.mp3 (3,097,892 bytes)
FileName: Paul Simon & Art Garfunkle - Mrs. Robinson.mp3 (3,674,112 bytes)
FileName: Paul simon and chevy chase - you can call me al.mp3 (3,925,595 bytes)
FileName: Peter Gabriel - Red Rain.mp3 (8,148,451 bytes)
FileName: Peter Gabriel - Salsberry Hill.mp3 (3,675,812 bytes)
FileName: Pink Floyd - Darkside of the Moon.mp3 (3,688,907 bytes)
FileName: Pink Floyd - Hey You.mp3 (4,525,372 bytes)
FileName: Pink Floyd - Welcome To The Machine.mp3 (7,342,154 bytes)
FileName: Primitive Radio Gods-I've Been Down Hearted Baby.mp3 (5,422,032 bytes)
FileName: Pussy Cat Dolls ft Busta Rhymes - Dont Cha.mp3 (6,138,141 bytes)
FileName: Rob Zombie - Dragula.mp3 (3,570,247 bytes)
FileName: Rod Stewart - Forever Young.mp3 (3,937,721 bytes)
FileName: Rod Stewart - Some guys have all the luck.mp3 (4,389,953 bytes)
FileName: Rod Stewart - When A Man Loves A Woman.mp3 (3,740,216 bytes)
FileName: rod stewart - you're in my heart.mp3 (4,319,414 bytes)
FileName: Rod Stewart - Young hearts are free tonight.mp3 (4,825,169 bytes)
FileName: Rolling Stones - Honky Tonk Woman.mp3 (3,736,161 bytes)
FileName: Rolling Stones - Jumpin Jack Flash.mp3 (3,596,956 bytes)
FileName: Rolling Stones - Paint It Black.mp3 (3,611,713 bytes)
FileName: Rolling Stones - Sympathy For The Devil.mp3 (6,207,111 bytes)
FileName: Rolling Stones - Time Is On My Side.mp3 (2,860,222 bytes)
FileName: Rolling Stones - You Can't Always Get What You Want.mp3 (6,338,688 bytes)
FileName: Rolling Stones-Mothers Little Helper.mp3 (2,704,613 bytes)
FileName: Roxette - Listen To Your Heart.mp3 (3,903,488 bytes)
FileName: Rusted Root - Send Me on My Way.mp3 (4,218,081 bytes)
FileName: Ryan Cabrara - 40 Kinds of Sadness.MP3 (1,417,086 bytes)
FileName: Ryan Cabrara - On The Way Down.mp3 (4,369,905 bytes)
FileName: ryan cabrara - Shame On Me.mp3 (4,881,025 bytes)
FileName: Ryan Cabrara - Take It All Away.mp3 (5,435,871 bytes)
FileName: Ryan Cabrera- True.MP3 (1,421,576 bytes)
FileName: Savage Garden - I Knew I Loved You.mp3 (4,029,672 bytes)
FileName: Savage Garden - Truly Madly Deeply.mp3 (4,442,488 bytes)
FileName: Seger, Bob - Old Time Rock and Roll.mp3 (3,119,207 bytes)
FileName: Selena - Dreaming Of You.mp3 (5,027,341 bytes)
FileName: Shaggy - Angel.mp3 (3,771,354 bytes)
FileName: Shakira feat Alejandro Sanz - La Tortura -- [original version].mp3
(5,072,562 bytes)
FileName: Shakira feat. Alejandro Sanz - La Tortura (Reggaeton Version).mp3
(4,572,727 bytes)
FileName: Shinedown - Grind Soundtrack - Fly from the inside.mp3 (3,717,313 bytes)
FileName: Simple Minds - Don't You Forget About Me.mp3 (4,180,427 bytes)
FileName: Simple Plan - Addicted.mp3 (5,570,545 bytes)
FileName: Simple Plan - Don't Wanna Think About You.mp3 (3,965,145 bytes)
FileName: Simple Plan - I'm Just A Kid.mp3 (3,002,368 bytes)
FileName: Simple Plan - Perfect World.mp3 (3,701,412 bytes)
FileName: Simple Plan - Untitled.mp3 (3,785,422 bytes)
FileName: Simple Plan - Welcome to My Life.mp3 (4,867,856 bytes)
FileName: Simple Plan -Worst Day Ever.mp3 (3,323,904 bytes)
FileName: Sister Hazel - It's Hard to Say.mp3 (3,507,776 bytes)
FileName: Sister Hazel - Your Winter.mp3 (4,476,928 bytes)
Page 6

```
                  healy, patrick-userlog(compressed)-95675033.txt
FileName: Smashing Pumpkins - Tonight, Tonight.mp3 (4,079,744 bytes)
FileName: Snoop Dogg Ft 50 Cent - Oh No.mp3 (4,844,598 bytes)
FileName: Snoop Doggy Dog - Woof Motherfucker.mp3 (3,508,536 bytes)
FileName: Squeeze - Goodbye Girl.MP3 (3,721,788 bytes)
FileName: Stacie Orrico - More To Life.mp3 (3,209,216 bytes)
FileName: Stevie B - I Wanna Be the One .mp3 (3,214,504 bytes)
FileName: Still Tippin' (Remix)- Mike Jones, 50 Cent, Young Buck & Paul Wall.mp3
(8,271,039 bytes)
FileName: Sting & The Police - Every Breath You Take.mp3 (4,049,188 bytes)
FileName: Styles P - Gangsta and a Gentleman.mp3 (3,818,844 bytes)
FileName: Sum 41 - Fat Lip.mp3 (2,855,040 bytes)
FileName: Sum 41 - Pieces.mp3 (4,367,934 bytes)
FileName: Sum 41-In Too Deep.mp3 (3,315,712 bytes)
FileName: Sum41 - Still Waiting.mp3 (3,781,194 bytes)
FileName: T.I. - 24's.mp3 (6,900,517 bytes)
FileName: T.I. - You Dont Know Me.mp3 (5,641,657 bytes)
FileName: Taylor Dayne - Tell It To My Heart.mp3 (3,516,950 bytes)
FileName: Tears for Fears (The Breakfast Club Soundtrack) - Don't You Forget About
Me.mp3 (4,182,081 bytes)
FileName: The Beatles - Let it Be.mp3 (3,719,230 bytes)
FileName: The Beatles - While My Guitar Gently Weeps.mp3 (4,564,114 bytes)
FileName: The Beatles - Yesterday.mp3 (2,002,024 bytes)
FileName: The Breakfast Club - Don't Forget About Me.mp3 (4,188,288 bytes)
FileName: The Cars - My Best Friend's Girl.mp3 (3,574,512 bytes)
FileName: The Eagles - Hotel California.mp3 (6,269,804 bytes)
FileName: The Game - Dreams.mp3 (7,177,518 bytes)
FileName: The Game - The Documentary - 14 - We Ain't ft. Eminem.mp3 (6,882,453
bytes)
FileName: The Game Feat 50 Cent - Hate It Or Love It.mp3 (5,104,632 bytes)
FileName: The Game-300 Bars And Running.mp3 (20,810,605 bytes)
FileName: The Pat McGuire Band - You're So Beautiful.mp3 (4,224,570 bytes)
FileName: The Pogues - Fairytale Of New York (Christmas in the Drunk Tank).mp3
(4,415,591 bytes)
FileName: THE POUGES - CHRISTMAS IN NEW YORK.MP3 (4,355,623 bytes)
FileName: The Rolling Stones - Wild Horses.mp3 (6,799,929 bytes)
FileName: The Spill Canvas - All Hail the Heartbreaker.mp3 (4,930,050 bytes)
FileName: The Used - I'm A Fake.mp3 (5,397,237 bytes)
FileName: The Used - Light With A Sharpended Edge.mp3 (5,052,962 bytes)
FileName: The Who - Behind Blue Eyes.mp3 (3,592,487 bytes)
FileName: The Who - Pinball Wizard - (Classic Rock) 60's-70's .mp3 (2,898,324 bytes)
FileName: the who - teenage wasteland.mp3 (4,939,040 bytes)
FileName: The Who - Who Are You.mp3 (6,136,476 bytes)
FileName: TI - Rubberband man.mp3 (8,341,768 bytes)
FileName: TLC - No Scrubs.mp3 (3,431,409 bytes)
FileName: TLC - Waterfalls.mp3 (4,473,292 bytes)
FileName: TLC- Unpretty.mp3 (3,893,156 bytes)
FileName: Tom Petty - Free Falling.mp3 (3,991,766 bytes)
FileName: Tony Yayo - Live By The Gun Die By the Bullet.mp3 (4,202,624 bytes)
FileName: Trick Daddy - I'm A Thug.mp3 (6,039,507 bytes)
FileName: Trick Daddy feat. Lil Jon and Twista - Let's Go.mp3 (5,464,694 bytes)
FileName: Tupac & Bone Thugz N Harmony - AK-47.mp3 (2,434,740 bytes)
FileName: Tupac - Ambitions as a Rider.mp3 (4,455,572 bytes)
FileName: Tupac - Better Dayz - My Block.mp3 (7,744,460 bytes)
FileName: Tupac - Fright Night (Unreleased).mp3 (3,799,168 bytes)
FileName: Tupac - If I Die Tonight.mp3 (3,883,392 bytes)
FileName: Tupac - Life Goes On.mp3 (4,800,807 bytes)
FileName: Tupac - Loyal To The Game - 09 - Who Do You Love (Prod by Emine.mp3
(5,011,610 bytes)
FileName: Tupac - Me And My Girlfriend.mp3 (4,932,628 bytes)
FileName: Tupac - Thugs Mansion.mp3 (3,946,789 bytes)
FileName: TuPac - Uppercut (New Single- Loyal to the Game).mp3 (3,702,785 bytes)
FileName: Tupac feat. Mac Dre - Gotta Survive (Unreleased).mp3 (4,726,051 bytes)
FileName: Tupac Shakur & Snoop - Two of Americaz Most Wanted.mp3 (3,951,932 bytes)
                                    Page 7
```

healy, patrick-userlog(compressed)-95675033.txt
FileName: Tupac Shakur - 2 Pac - Cradle to the Grave.mp3 (5,976,064 bytes)
FileName: Tupac- Keep your Head Up.mp3 (3,192,832 bytes)
FileName: Tupac- Last Ones Left.mp3 (5,073,664 bytes)
FileName: Tupac- staring at the world through my rearview.mp3 (4,712,704 bytes)
FileName: Tupac_-_Death_Around_The_Corner.mp3 (5,939,745 bytes)
FileName: Twisted Sister-I Want To Rock.mp3 (2,984,774 bytes)
FileName: U2 - I Still Haven't Found What I'm Looking For.mp3 (4,455,854 bytes)
FileName: U2 - In the Name of Love.mp3 (3,214,628 bytes)
FileName: U2 - Sunday Bloody Sunday.mp3 (5,637,959 bytes)
FileName: U2 - where The Streets Have No Name.mp3 (5,422,602 bytes)
FileName: U2 - With or without You.mp3 (4,736,731 bytes)
FileName: Unwritten Law - Seeing Red.mp3 (5,444,563 bytes)
FileName: Usher Let it Burn!.mp3 (5,167,926 bytes)
FileName: Van Hallen - Jump.mp3 (3,863,742 bytes)
FileName: Vanessa Carlton - 1000 miles.mp3 (3,786,838 bytes)
FileName: Vannessa Carlton - Ordinary Day.mp3 (3,815,424 bytes)
FileName: Verve Pipe - The Freshman.mp3 (4,300,092 bytes)
FileName: Vitamin C - Graduation Song.mp3 (8,143,072 bytes)
FileName: White Snake - Here I Go Again On My Own.mp3 (4,405,835 bytes)
FileName: Young Jeezy Ft. Akon- Soul Surviver.mp3 (4,623,148 bytes)

AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

        In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal
has been filed on the following copyright(s):

| ☒ ACTION        ☐ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Eastern District of New York** |
|---|---|
| DOCKET NO. | DATE FILED |  |
| | | **Long Island Courthouse**<br>**100 Federal Plaza**<br>**Central Islip, NY 11722** |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; and BMG MUSIC | | DEFENDANT<br>**PATRICK HEALY** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

        In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

        In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order
or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

        Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## PATRICK HEALY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Heaven Can Wait | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Christina Aguilera | I Turn To You | Christina Aguilera | 274-004 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |